AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HODGES, GEORGE R. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT | 3. Date of Report<br><br>08/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE, RETIRED/RECALLED | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
401 WEST TRADE STREET
CHARLOTTE, NC 28202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Inter Vivos Life Insurance Trust 11/22/89 (no reportable holdings) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Nationwide Ins. Co. | Triangle Properties Assoc. LLC secured by shopping center in Hickory, NC | P1 |
| 2. | Nationwide Ins. Co. | Note by JM Wallace Land Co. secured by shopping center in Iredell County, NC | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T (cash) | A | Interest | N | T | | | | | 88, 125 |
| 2. John Hancock Whole Life Insurance Policy | | None | M | T | | | | | 124 |
| 3. NY Life Fixed Annuity | D | Interest | M | T | | | | | 127 |
| 4. JM Wallace Property Investments, LLC (X) | | None | P1 | U | | | | | |
| 5. Triangle Properties Assoc., LLC | G | Distribution | N | U | | | | | 98 |
| 6. J.M. Wallace Land Co., LLC | G | Distribution | N | U | | | | | 99 |
| 7. The Mason Wallace Co., LLC | G | Distribution | N | U | | | | | 101 |
| 8. East Mecklenburg Co. | G | Distribution | O | U | | | | | 100 |
| 9. Indian Land, SC Investment Real Estate | | None | N | W | | | | | 102 |
| 10. TRUST ACCT #1 (H) | | | | | | | | | |
| 11. INTER VIVOS TRUST Dtd 11-22-89 (Y) | | | | | | | | | 123 |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. IRA - BB&T (cash) (f/k/a variable rate time investment) | A | Dividend | K | T | | | | | 87 |
| 14. BROKERAGE #1 (H) | | | | | | | | | |
| 15. BOA/ML BANK DEPOSIT (cash) | B | Interest | O | T | | | | | 2, 13 |
| 16. ALTRIA GROUP INC (MO) | C | Dividend | K | T | | | | | 6 |
| 17. BERKSHIRE HATHAWAY B (BRKB) | | None | M | T | | | | | 18 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BRISTOL-MYERS SQUIBB CO (BMY) | B | Dividend | L | T | | | | | 3 |
| 19. CISCO SYSTEMS INC COM (CSCO) | D | Dividend | M | T | | | | | 34 |
| 20. COCA COLA COM (KO) | A | Dividend | K | T | | | | | 7 |
| 21. CSX CORP (CSX) | B | Dividend | M | T | | | | | 15 |
| 22. DUKE ENERGY CORP NEW (DUK) | A | Dividend | K | T | | | | | 10 |
| 23. EMERSON ELEC CO (EMR) | B | Dividend | L | T | | | | | 35 |
| 24. ENBRIDGE INC (ENB) | C | Dividend | L | T | | | | | 83 |
| 25. INTEL CORP (INTC) | B | Dividend | L | T | | | | | 79 |
| 26. INTL BUSINESS MACHINES (IBM) | B | Dividend | K | T | | | | | 16 |
| 27. JOHNSON AND JOHNSON COM (JNJ) | C | Dividend | L | T | | | | | 20 |
| 28. KINDER MORGAN INC. DEL (KMI) | B | Dividend | K | T | | | | | 82 |
| 29. LINCOLN NTL CORP IND NPV (LNC) | B | Dividend | L | T | | | | | 5 |
| 30. MERCK AND CO INC (MRK) | C | Dividend | M | T | | | | | 8 |
| 31. MICROSOFT CORP (MSFT) | D | Dividend | O | T | | | | | 9 |
| 32. NUCOR CORPORATION (NUE) | B | Dividend | L | T | | | | | 36 |
| 33. ORACLE CORP $0.01 DEL (ORCL) | B | Distribution | M | T | | | | | 4 |
| 34. PHILIP MORRIS INTL INC (PM) | C | Dividend | L | T | | | | | 12 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SONOCO PRODUCTS CO (SON) | C | Dividend | M | T | | | | | 1 |
| 36. UNITED TECHS CORP (UTX) | B | Dividend | K | T | | | | | 81 |
| 37. AMERICAN BALANCED FUND INC CL A (ABALX) | D | Dividend | M | T | | | | | 21 |
| 38. AMERICAN FUNDAMENTAL INVESTORS INC CL A (ANCFX) | D | Dividend | M | T | | | | | 22 |
| 39. FIRST EAGLE OVERSEAS FD CL A (SGOVX) | C | Dividend | L | T | | | | | 23 |
| 40. FIRST EAGLE GLOBAL FD CL A (SGENX) | D | Dividend | M | T | | | | | 24 |
| 41. JP MORGAN INCOME BUILDER FD CL C (JNBCX) | B | Dividend | L | T | | | | | 25 |
| 42. IRA #2 (H) | | | | | | | | | |
| 43. Pacific Index Choice 8 Fixed Index Annuity (X) | | None | K | T | | | | | |
| 44. TRUST ACCT #2 (H) | | | | | | | | | |
| 45. Merrill Lynch CMA (cash) | D | Interest | O | T | | | | | 89 |
| 46. AT&T (T) | D | Dividend | M | T | | | | | 106 |
| 47. Baxter Int'l. (BAX) | B | Dividend | M | T | | | | | 112 |
| 48. Bristol Myers Squibb (BMY) | D | Dividend | M | T | | | | | 113 |
| 49. Caterpillar Inc. (CAT) | C | Dividend | M | T | | | | | 129 |
| 50. Chevron Corp. (CVX) | D | Dividend | M | T | | | | | 109 |
| 51. Cigna Corp (CI) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HODGES, GEORGE R.** | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Coca Cola Co. (KO) | D | Dividend | N | T | | | | | 90 |
| 53. Conoco Phillips (COP) | C | Dividend | M | T | | | | | 111 |
| 54. CSX Corp. (CSX) | A | Dividend | L | T | | | | | 130 |
| 55. Dominion Energy (D) | D | Dividend | M | T | | | | | 114 |
| 56. Duke Energy Corp. (DUK) | D | Dividend | M | T | | | | | 91 |
| 57. Emerson Electric (EMR) | B | Dividend | K | T | | | | | 117 |
| 58. Enbridge (ENB) | D | Dividend | L | T | | | | | 116 |
| 59. Express Scripts Hldg (ESRX) | | None | | | Merged (with line 51) | 12/24/18 | K | E | 110 |
| 60. Exxon/Mobil Corp. (XOM) | E | Dividend | O | T | | | | | 92 |
| 61. General Electric Co. (GE) | C | Dividend | L | T | | | | | 93 |
| 62. Intel (INTC) | B | Dividend | L | T | | | | | 131 |
| 63. IBM (IBM) | C | Dividend | L | T | | | | | 118 |
| 64. International Paper Co. (IP) | C | Dividend | L | T | | | | | 94 |
| 65. Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | 132 |
| 66. KinderMorgan (KMI) | B | Dividend | K | T | | | | | 134 |
| 67. Lockheed Martin (LMT) | D | Dividend | N | T | | | | | 120 |
| 68. Lowes Cos. (LOW) | D | Dividend | N | T | | | | | 121 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. McDonalds Corp. (MCD) | D | Dividend | N | T | | | | | 104 |
| 70. Merck Co. (MRK) | D | Dividend | N | T | | | | | 97 |
| 71. Microsoft (MSFT) | D | Dividend | O | T | | | | | 103 |
| 72. Nucor Corp. (NUE) | B | Dividend | L | T | | | | | 119 |
| 73. Pepsico (PEP) | D | Dividend | M | T | | | | | 122 |
| 74. Pfizer (PFE) | D | Dividend | N | T | | | | | 108 |
| 75. Phillips 66 (PSX) | C | Dividend | M | T | | | | | 107 |
| 76. Price T. Rowe Grp. (TROW) | B | Dividend | K | T | | | | | 135 |
| 77. Schlumberger, Ltd. (SLB) | B | Dividend | K | T | | | | | 96 |
| 78. Sonoco Products (SON) | D | Dividend | M | T | | | | | 95 |
| 79. United Techs Corp. (UTX) | A | Dividend | K | T | | | | | 133 |
| 80. Verizon Comm. (VZ) | D | Dividend | M | T | | | | | 105 |
| 81. Fst. Eagle Global FD (SGIIX) | E | Dividend | | | Sold | 12/26/18 | N | | 128 |
| 82. iShares MSCI ACWI ETF (ACWI) | | None | N | T | Buy | 12/26/18 | N | | |
| 83. TRUST ACCT #3 (H) | | | | | | | | | |
| 84. BANK OF AMERICA/ML BANK DEPOSIT (CASH) | A | Interest | M | T | | | | | 139 |
| 85. ABBOTT LABS (ABT) | | None | | | Buy | 11/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/28/18 | J | | |
| 87. ACCENTURE PLC (ACN) | A | Dividend | | | Buy | 03/27/18 | J | | |
| 88. | | | | | Sold | 12/26/18 | J | | |
| 89. ACTIVISION BLIZZARD (ATVI) | | None | | | Buy | 11/12/18 | J | | |
| 90. | | | | | Sold | 12/26/18 | J | | |
| 91. AES CORP (AES) | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 92. AIA GROUP LTD (AAGIY) | A | Dividend | K | T | Sold (part) | 11/13/18 | J | B | 141 |
| 93. AIRBUS SE (EADSY) | A | Dividend | K | T | | | | | 142 |
| 94. ALPHABET INC SHS CL C (GOOG) | | None | J | T | | | | | 144 |
| 95. AMADEUS IT GROUP SA (AMADY) | A | Dividend | | | Sold | 05/18/18 | J | D | 145 |
| 96. AMAZON COM INC (AMZN) | | None | K | T | | | | | 146 |
| 97. AMERICAN TOWER REIT INC (AMT) | A | Dividend | J | T | | | | | 147 |
| 98. AON PLC (AON) | A | Dividend | | | Buy | 09/27/18 | J | | |
| 99. | | | | | Sold | 12/26/18 | J | | |
| 100. APPLE INC (AAPL) | A | Dividend | K | T | | | | | 148 |
| 101. ASAHI KASEI CORP (AHKSY) | A | Dividend | J | T | | | | | 149 |
| 102. ASML HLDG NV NY REG SHS (ASML) | A | Dividend | K | T | | | | | 150 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ASSA ABLOY AB ADR (ASAZY) | | None | | | Sold | 01/26/18 | J | A | 151 |
| 104. ASTRAZENECA PLC SPND ADR (AZN) | A | Dividend | K | T | | | | | 152 |
| 105. BANK NEW YORK MELLON (BK) | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | 153 |
| 106. | | | | | Sold (part) | 12/26/18 | J | | |
| 107. BNP PARIBAS SPONSORD ADR (BNPQY) | | None | | | Sold | 05/18/18 | J | C | 154 |
| 108. BOEING COMPANY (BA) | A | Dividend | J | T | Sold (part) | 06/07/18 | J | D | 155 |
| 109. BRITISH AMN TOBACO SPADR (BTI) | A | Dividend | | | Buy (add'l) | 05/17/18 | J | | 156 |
| 110. | | | | | Sold | 12/19/18 | J | | |
| 111. BROADCOM LTD (AVGO) | A | Dividend | J | T | Buy (add'l) | 07/25/18 | J | | 157 |
| 112. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 113. | | | | | Sold (part) | 11/12/18 | J | B | |
| 114. | | | | | Sold (part) | 12/26/18 | J | | |
| 115. CARLSBERG AS SPONSOREDAD (CABGY) | A | Dividend | K | T | | | | | 158 |
| 116. CERNER CORP (CERN) | | None | | | Sold | 02/27/18 | K | B | 159 |
| 117. CHARTER COMM (CHTR) | | None | | | Buy | 11/12/18 | J | | |
| 118. | | | | | Sold | 12/26/18 | J | | |
| 119. CHEVRON CORP (CVX) | A | Dividend | K | T | | | | | 160 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CME GROUP INC (CME) | B | Dividend | K | T | Sold (part) | 11/12/18 | J | C | 161 |
| 121. COMCAST CORP NEW CL A (CMCSA) | A | Dividend | J | T | | | | | 163 |
| 122. COSTCO WHOLESALE (COST) | A | Dividend | | | Buy | 07/25/18 | J | | |
| 123. | | | | | Sold | 12/26/18 | J | | |
| 124. CROWN CASTLE REIT INC (CCI) | A | Dividend | J | T | | | | | 164 |
| 125. CSX CORP (CSX) | A | Dividend | J | T | | | | | 165 |
| 126. DANAHER CORP DEL (DHR) | A | Dividend | J | T | | | | | 166 |
| 127. DANONE-SPONS (DANOY) | A | Dividend | J | T | | | | | 167 |
| 128. DNB ASA SP (DNHBY) | A | Dividend | | | Buy | 02/28/18 | J | | |
| 129. | | | | | Sold | 12/26/18 | J | | |
| 130. DEERE CO (DE) | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | 168 |
| 131. | | | | | Sold (part) | 12/26/18 | J | | |
| 132. DIAGEO PLC (DEO) | | None | J | T | Buy | 11/12/18 | J | | |
| 133. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 134. DOLLAR GENERAL CORP (DG) | A | Dividend | | | Sold | 05/17/18 | J | B | 169 |
| 135. DOWDUPONT INC COM (DWDP) | | None | | | Sold | 01/26/18 | J | C | 171 |
| 136. EATON CORP (ETN) | A | Dividend | | | Buy | 06/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 08/21/18 | J | A | |
| 138. ENBRIDGE INC (ENB) | B | Dividend | | | Buy (add'l) | 03/27/18 | J | | 174 |
| 139. | | | | | Sold (part) | 07/25/18 | K | | |
| 140. | | | | | Sold (part) | 07/26/18 | J | A | |
| 141. | | | | | Sold | 12/26/18 | J | | |
| 142. EOG RESOURCES INC (EOG) | A | Dividend | J | T | | | | | 175 |
| 143. EQUIFAX INC (EFX) | A | Dividend | | | Buy | 01/26/18 | J | | |
| 144. | | | | | Sold | 12/26/18 | J | | |
| 145. ERICSSON AMERICAN (ERIC) | | None | J | T | Buy | 05/17/18 | J | | |
| 146. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 147. ESSILOR INTL SA (ESLOY) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | 176 |
| 148. FACEBOOK INC (FB) | | None | | | Buy | 08/21/18 | J | | |
| 149. | | | | | Sold | 12/26/18 | J | | |
| 150. FANUC LTD (FANUY) | A | Dividend | | | Sold (part) | 01/29/18 | J | D | 178 |
| 151. | | | | | Sold | 03/28/18 | J | | |
| 152. GENMAB A/S (GMXAY) | | None | J | T | Buy | 12/20/18 | J | | |
| 153. GILEAD SCIENCES (GILD) | A | Dividend | | | Buy | 01/23/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 12/26/18 | J | | |
| 155. GODADDY INC SHS (GDDY) | | None | K | T | Sold (part) | 09/27/18 | J | C | 183 |
| 156. HDFC BANK LTD (HDB) | A | Dividend | J | T | | | | | 186 |
| 157. HEXCEL CORP (HXL) | | None | | | Sold | 01/26/18 | J | D | 187 |
| 158. HILTON WORLDWIDE HOLDINGS (HLT) | A | Dividend | K | T | | | | | 188 |
| 159. INCYTE CORP (INCY) | | None | | | Buy | 01/23/18 | J | | |
| 160. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 161. | | | | | Sold (part) | 11/12/18 | J | | |
| 162. | | | | | Sold | 11/13/18 | J | | |
| 163. INTEL CORP (INTC) | A | Dividend | | | Buy | 01/26/18 | J | | |
| 164. | | | | | Sold | 12/26/18 | J | | |
| 165. INTERCONTINENTAL EXCHANGE (ICE) | A | Dividend | | | Buy | 02/27/18 | J | | |
| 166. | | | | | Sold | 12/26/18 | J | | |
| 167. IMPERIAL BRANDS (IMBBY) | A | Dividend | | | Buy | 01/23/18 | J | | |
| 168. | | | | | Sold | 06/07/18 | J | | |
| 169. JACK HENRY & ASSOC INC (JKHY) | A | Dividend | J | T | Sold (part) | 08/21/18 | J | C | 192 |
| 170. JARDINE MATHESON (JMHLY) | | None | J | T | Buy | 11/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 172. JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | | | | | 193 |
| 173. KBC GROUPE SA SHS (KBCSY) | A | Dividend | | | Buy (add'l) | 01/29/18 | J | | 194 |
| 174. | | | | | Sold (part) | 07/26/18 | J | A | |
| 175. | | | | | Sold | 11/14/18 | J | | |
| 176. KEYENCE CORP 6861 (KYCCF) | A | Dividend | J | T | Sold (part) | 01/29/18 | J | C | 195 |
| 177. LOREAL CO (LRLCY) | A | Dividend | K | T | | | | | 196 |
| 178. LAS VEGAS SANDS CORP (LVS) | B | Dividend | J | T | Sold (part) | 12/26/18 | J | | 197 |
| 179. LVMH MOET HENNESSY ADR (LVMUY) | A | Dividend | J | T | | | | | 198 |
| 180. MARSH & MCLENNAN COS INC (MMC) | A | Dividend | | | Sold | 12/26/18 | J | | 199 |
| 181. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | 200 |
| 182. MONDELEZ INTERNATIONAL (MDLZ) | A | Dividend | | | Buy | 02/27/18 | J | | |
| 183. | | | | | Sold | 12/26/18 | J | | |
| 184. MONSANTO CO NEW DEL (MON) | A | Dividend | | | Sold | 02/27/18 | J | B | 201 |
| 185. MOODY'S CORP (MCO) | A | Dividend | J | T | | | | | 202 |
| 186. MURATA MFG CO (MRAAY) | A | Dividend | | | Buy | 01/23/18 | J | | |
| 187. | | | | | Sold | 12/26/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. NASPERS LTD SHS (NPSNY) | A | Dividend | J | T | | | | | 204 |
| 189. NESTLE S A (NSRGY) | A | Dividend | K | T | | | | | 205 |
| 190. NEWELL BRANDS (NWL) | A | Dividend | | | Buy | 01/23/18 | J | | |
| 191. | | | | | Sold | 03/27/18 | J | | |
| 192. | | | | | Buy | 05/17/18 | J | | |
| 193. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 194. | | | | | Sold | 09/27/18 | J | | |
| 195. NORTHRUP GRUMMAN (NVO) | A | Dividend | | | Buy | 08/21/18 | J | | |
| 196. | | | | | Sold | 12/26/18 | J | | |
| 197. NORWEGIAN CRUISE LINE (NCLH) | | None | | | Sold | 02/27/18 | J | C | 209 |
| 198. NOVO NORDISK A S ADR (NVO) | A | Dividend | K | T | | | | | 210 |
| 199. NUTRIEN LTD (NTR) | A | Dividend | J | T | | | | | ] |
| 200. OCCIDENTAL PETE CORP CAL (OXY) | A | Dividend | | | Sold | 02/27/18 | K | A | 212 |
| 201. PERNOD-RICARD SA (PDRDY) | A | Dividend | K | T | | | | | 213 |
| 202. PHILIP MORRIS (PM) | A | Dividend | | | Buy | 02/27/18 | J | | |
| 203. | | | | | Sold | 12/26/18 | J | | |
| 204. POTASH CORP SASKATCHEWAN (POT) | A | Dividend | | | Merged (with line 199) | 01/02/18 | J | | 214 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. QUALCOMM INC (QCOM) | A | Dividend | | | Sold (part) | 09/27/18 | J | C | 215 |
| 206. | | | | | Sold | 11/12/18 | J | A | |
| 207. RECKITT BENCKISER GROUP (RBGLY) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | 217 |
| 208. | | | | | Sold (part) | 12/26/18 | J | | |
| 209. ROCHE HLDG LTD (RHHBY) | | None | | | Buy (add'l) | 01/23/18 | J | | 220 |
| 210. | | | | | Sold | 02/28/18 | K | | |
| 211. ROYAL CARIBBEAN CRUISES (RCL) | A | Dividend | | | Sold (part) | 05/17/18 | J | A | 221 |
| 212. | | | | | Sold | 05/18/18 | J | B | |
| 213. ROYAL DUTCH SHEL PLC (RDSB) | B | Dividend | K | T | | | | | 222 |
| 214. RYANAIR HOLDINGS (RYAAY) | | None | | | Buy | 01/26/18 | J | | |
| 215. | | | | | Buy (add'l) | 01/29/18 | J | | |
| 216. | | | | | Sold (part) | 11/12/18 | J | | |
| 217. | | | | | Sold | 11/13/18 | J | | |
| 218. SAFRAN SA (SAFRY) | A | Dividend | K | T | Sold (part) | 07/26/18 | J | C | 223 |
| 219. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 220. | | | | | Sold (part) | 12/26/18 | J | | |
| 221. SAMPO PLC (SAXPY) | A | Dividend | J | T | Sold (part) | 12/26/18 | J | | 224 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  SAP SE (SAP) | A | Dividend | J | T | | | | | 225 |
| 223.  SCHLUMBERGER LTD (SLB) | A | Dividend | | | Buy (add'l) | 01/26/18 | J | | 226 |
| 224. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 225. | | | | | Sold (part) | 11/12/18 | J | | |
| 226. | | | | | Sold | 12/26/18 | J | | |
| 227.  SEATTLE GENETICS (SGEN) | | None | | | Buy | 01/23/18 | J | | |
| 228. | | | | | Sold | 12/26/18 | J | | |
| 229.  SEMPRA ENERGY (SRE) | A | Dividend | J | T | | | | | 229 |
| 230.  SEVEN AND I HOLDINGS CO (SVNDY) | | None | | | Sold | 01/29/18 | J | A | 230 |
| 231.  SHIN-ETSU CHEM UNSPON (SHECY) | A | Dividend | | | Buy | 03/28/18 | J | | |
| 232. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 233. | | | | | Sold | 11/13/18 | J | | |
| 234. | | | | | Buy | 12/20/18 | J | | |
| 235. | | | | | Sold | 12/26/18 | J | | |
| 236.  SMC CORP (SMECF) | A | Dividend | J | T | Sold (part) | 01/29/18 | J | C | 233 |
| 237.  SOFTBANK GROUP CORP (SFTBY) | A | Dividend | J | T | Sold (part) | 12/20/18 | J | B | 234 |
| 238.  STARBUCKS CORP (SBUX) | A | Dividend | | | Buy | 01/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 07/25/18 | J | | |
| 240. STATE STREET CORP (STT) | A | Dividend | | | Buy | 02/27/18 | J | | |
| 241. | | | | | Sold | 12/26/18 | J | | |
| 242. TAIWAN S MANUFCTRING ADR (TSM) | B | Dividend | K | T | Buy (add'l) | 07/25/18 | J | | 239 |
| 243. | | | | | Sold (part) | 11/12/18 | J | C | |
| 244. | | | | | Sold (part) | 12/26/18 | J | | |
| 245. UNITEDHEALTH GROUP (UNH) | A | Dividend | | | Buy | 01/26/18 | J | | |
| 246. | | | | | Sold | 12/26/18 | J | | |
| 247. VISA INC CL A SHRS (V) | A | Dividend | K | T | | | | | 243 |
| 248. VODAFONE GROUP PLC SHS (VOD) | A | Dividend | | | Sold | 09/27/18 | J | | 244 |
| 249. VTECH HOLDINGS LTD SHS (VTKLY) | A | Dividend | | | Sold | 12/26/18 | J | | 245 |
| 250. WABTEC (WAB) | A | Dividend | | | Buy | 09/27/18 | J | | |
| 251. | | | | | Sold | 12/26/18 | J | | |
| 252. WELLS FARGO & CO NEW DEL (WFC) | A | Dividend | | | Sold | 11/12/18 | J | | 247 |
| 253. YUM BRANDS (YUM) | A | Dividend | J | T | Buy | 06/07/18 | J | | |
| 254. ISHARES RUSSELL 1000 (IWB) | | None | M | T | Sold | 01/23/18 | K | C | 250 |
| 255. | | | | | Buy | 12/26/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ISHARES TR CORE MSCI EAF (IEFA) | | None | M | T | Sold | 01/23/18 | K | C | 251 |
| 257. | | | | | Buy | 12/26/18 | L | | |
| 258. TRUST ACCT #4 (H) | | | | | | | | | |
| 259. BANK OF AMER/ML BANK DEPOSIT (CASH) | A | Interest | J | T | | | | | 137 |
| 260. WINSTON-SALEM NC WTR & SWR SYS REV REV REF BDS ( | A | Interest | | | Buy | 02/07/18 | J | | |
| 261. | | | | | Sold | 09/26/18 | J | | |
| 262. CAPE FEAR PUB UTIL AUTH N C WTR & SWR SYS REV ( | A | Interest | | | Sold | 10/03/18 | K | | 137 |
| 263. VIRGINIA ST RES AUTH INFRA REV REV A ST GTD ( | A | Interest | | | Sold | 10/19/18 | K | | 137 |
| 264. NC MPA NO 1 CATAWBA ELEC REV REF BDS A ( | A | Interest | J | T | | | | | 137 |
| 265. NORTH CAROLINA ST GRANT ANTIC REV VEHICLE ( | A | Interest | K | T | | | | | 137 |
| 266. NORTH CAROLINA ST LTD OBLIG SER C RF ( | A | Interest | K | T | | | | | 137 |
| 267. SAN ANTONIO TEX WTR REV SER A RF SEP12 ( | A | Interest | K | T | Buy | 02/13/18 | K | | |
| 268. NORTH CAROLINA MCC HCF REV REV REF BDS DUKE A ( | A | Interest | | | Sold | 05/24/18 | J | | 137 |
| 269. OHIO ST WTR DEV AUTH WTR POLLUTN CTL REV LN FD A ( | A | Interest | K | T | | | | | 137 |
| 270. SALT RIV PJ AGRIC IPD AZ REV BDS SER A ( | A | Interest | K | T | | | | | 137 |
| 271. NEW YORK ST URBAN DEV CORP REV INCOME TAX A-1 ( | A | Interest | K | T | Buy | 01/22/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. CHARLOTTE NC WTR & SWR SYS REV REF BDS 2015 ( | A | Interest | K | T | Buy | 01/31/18 | K | | |
| 273. PHOENIX ARIZ CIVIC IMPT CORP ARPT REV JR LIEN D ( | A | Interest | K | T | | | | | 137 |
| 274. MINNESOTA PUB FACS AUTH ST REVOLVING FD REV A ( | A | Interest | K | T | | | | | 137 |
| 275. RALEIGH NC COMB ENTERPRISE SYS REV REV B ( | A | Interest | K | T | | | | | 137 |
| 276. FLORIDA ST DEPT TRANSN-RIGHT-OF-WAY B RF ( | A | Interest | K | T | | | | | 137 |
| 277. METROPOLITAN TRANSN AUTH N Y REV REV REF BDS F ( | A | Interest | K | T | | | | | 137 |
| 278. VIRGINIA CBA VA ED FCS REV 21T REF BDS SER E ( | A | Interest | K | T | | | | | 137 |
| 279. NORTH CAROLINA ST LTD OBLIG SER B RF ( | A | Interest | J | T | | | | | 137 |
| 280. ORLANDO FLA UTILS COMMN UTIL SYS REV BDS SER A ( | A | Interest | K | T | | | | | 137 |
| 281. WISCONSIN ST GO REF BDS SER 3 DEC17 ( | A | Interest | K | T | | | | | 137 |
| 282. NC MPA NO 1 CATAWBA ELEC REV REV REF BDS SER A ( | A | Interest | J | T | | | | | 137 |
| 283. NORTH CAROLINA CAP FACS FIN AGY EDL FACS REV ( | A | Interest | K | T | Buy | 01/04/18 | K | | |
| 284. NORTH CAROLINA ST LTD OBLIG SER B RF ( | A | Interest | K | T | | | | | 137 |
| 285. FLORIDA ST BRD ED PUB ED CAP OUTLAY SER A RF ( | A | Interest | J | T | | | | | 137 |
| 286. WASHINGTON ST MOTOR VEHICLE FUEL TAX GO H ( | A | Interest | K | T | Buy | 05/31/18 | K | | |
| 287. MASSACHUSETTS ST GO CONSOLIDATED LN BDS B ( | A | Interest | J | T | Buy | 02/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. CHARLOTTE NC WTR & SWR SYS REV REF BDS 2018 ( | | None | K | T | Buy | 10/19/18 | K | | |
| 289. UNIVERSITY OKLA REVS GEN REV REF BDS SER A MAY16 ( | A | Interest | K | T | Buy | 01/03/18 | K | | |
| 290. UTAH ST GO BDS 2018 FEB18 ( | A | Interest | K | T | Buy | 02/07/18 | K | | |
| 291. CONNECTICUT ST SPL TAX OBLIG REV TRANSN SER A ( | A | Interest | K | T | Buy | 01/25/18 | K | | |
| 292. NEW YORK NY CY TFA BLG AID REV BDS 3A S ST GTD ( | | None | K | T | Buy | 10/18/18 | K | | |
| 293. NEW HAMPSHIRE HEALTH & ED FACS AUTH REV BDS A ( | A | Interest | J | T | | | | | 137 |
| 294. CHARLOTTE-MECKLENBRG HSP NC RV CAROLINAS SER A RF ( | A | Interest | | | Sold | 05/07/18 | J | | 137 |
| 295. MINNEAPOLIS MINN HEALTH CARE SYS REV BDS SER A ( | A | Interest | K | T | Buy | 10/03/18 | K | | |
| 296. TRUST ACCT #5 (H) | | | | | | | | | |
| 297. MERRILL LYNCH BANK DEPOSIT PROGRAM (cash) | A | Interest | J | T | | | | | 86 |
| 298. NORTH CAROLINA ST GRANT ANTIC REV VEHICLE RF ( | A | Interest | | | Sold | 08/10/18 | K | | 86 |
| 299. NORTH CAROLINA ST LTD OBLIG SER B RF ( | A | Interest | | | Sold | 09/19/18 | K | | 86 |
| 300. NC MPA NO 1 CATAWBA ELEC REV REF BDS A ( | A | Interest | J | T | | | | | 86 |
| 301. OREGON ST DPT ADMIN LOTTERY RV REV BDS SER C ( | B | Interest | | | Buy | 02/08/18 | K | | |
| 302. | | | | | Sold | 12/07/18 | K | | |
| 303. CAPE FEAR PUB UTIL AUTH NC WTR & SWR SYS REV A ( | A | Interest | K | T | | | | | 86 |
| 304. NORTH CAROLINA MCC HCF REV REV REF BDS DUKE ( | | None | | | Sold | 05/22/18 | K | | 86 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. KANSAS ST DEPT TRANSN HWY REV SER A RF ( | A | Interest | K | T | | | | | 86 |
| 306. NEW YORK ST URBAN DEV CORP REV INC TAX A-1 ( | A | Interest | K | T | Buy | 01/22/18 | K | | |
| 307. TENNESSEE ST GO BDS A ( | A | Interest | K | T | | | | | 86 |
| 308. TALLAHASSEE FLA ENERGY SYS REV REF REV BDS ( | B | Interest | K | T | | | | | 86 |
| 309. RALEIGH NC COMB ENTERPRISE SYS REV A RF ( | A | Interest | K | T | | | | | 86 |
| 310. UNIVERSITY TEX UNIV REVS REV FIN SYS BDS SER J ( | A | Interest | K | T | Buy | 02/12/18 | K | | |
| 311. SUSTAINABLE EGY UTIL INC DEL EGY EFFICIENCY REV ( | A | Interest | K | T | | | | | 86 |
| 312. TEXAS ST GO MOBILITY FD REF BDS 2014 ( | A | Interest | K | T | Buy | 01/09/18 | K | | |
| 313. NORTH CAROLINA CAP FACS FIN AGY EDL FACS REV RF ( | A | Interest | K | T | | | | | 86 |
| 314. VIRGINIA CBA VA ED FCS REV 21T REF BDS SER E ( | A | Interest | K | T | | | | | 86 |
| 315. WISCONSIN ST GO REF BDS SER 3 ( | A | Interest | K | T | | | | | 86 |
| 316. NORTH CAROLINA ST LTD OBLIG SER B RF ( | A | Interest | K | T | | | | | 86 |
| 317. UTAH ST GO BDS 2018 FEB18 ( | A | Interest | K | T | Buy | 02/07/18 | K | | |
| 318. NORTHSIDE TEX INDPT SCH DIST ULTD TAX PSF GTD ( | A | Interest | K | T | Buy | 05/19/18 | K | | |
| 319. METROPOLITAN TRANSN AUTH N Y REV REV REF BDS B ( | A | Interest | J | T | Buy | 08/17/18 | J | | |
| 320. WISCONSIN ST TRANSN REV REF BDS SER 2 ( | A | Interest | K | T | Buy | 01/08/18 | K | | |
| 321. OHIO ST HIGHER EDU GO BDS LT SER C NOV15 ( | A | Interest | K | T | Buy | 08/23/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. MICHIGAN ST HOSP FIN AUTH REV REF BDS SER C ( | A | Interest | K | T | Buy | 05/31/18 | K | | |
| 323. WASHINGTON ST GO REF BDS R SER D NOV14 ( | | None | K | T | Buy | 09/20/18 | K | | |
| 324. CONNECTICUT ST SPL TAX OBLIG REV TRANSN SER A ( | A | Interest | J | T | Buy | 01/25/18 | J | | |
| 325. LOUISVILLE-JEFF KY MET GVT RV REV BDS NORTON A ( | | None | J | T | Buy | 12/10/18 | J | | |
| 326. NEW JERSEY ST TPK AUTH TPK REV SER E ( | A | Interest | K | T | Buy | 02/14/18 | K | | |
| 327. PHOENIX ARIZ CIVIC IMPT CORP ARPT REV JR LIEN D ( | A | Interest | J | T | | | | | 86 |
| 328. ILLINOIS ST TOLL HWY AUTH TOLL HIGHWAY REV A ( | | None | K | T | Buy | 12/10/18 | K | | |
| 329. CHARLOTTE-MECKLENBRG HSP NC RV REF REV BDS SER A ( | A | Interest | | | Sold | 05/07/18 | J | | 86 |
| 330. IRA #3 (H) | | | | | | | | | |
| 331. Bank of America NA (cash account) (Y) | | | | | | | | | 26 |
| 332. American Capital Wld Fund (CWGIX) | D | Interest | L | T | Sold (part) | 11/20/18 | J | A | 27 |
| 333. American Cap Inc. Bldr. (CAIBX) | B | Interest | L | T | Sold (part) | 11/20/18 | J | A | 28 |
| 334. American Growth Fund (AGTHX) | D | Interest | L | T | Sold (part) | 11/20/18 | J | B | 29 |
| 335. IRA #4 (H) | | | | | | | | | |
| 336. BOA RASP (cash) (Y) | | | | | | | | | 41 |
| 337. US Treasury Note ( | A | Interest | J | T | Buy | 02/08/18 | K | | |
| 338. | | | | | Sold (part) | 05/23/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. | | | | | Sold (part) | 12/27/18 | J | A | |
| 340. US Treasury Note ( | A | Interest | K | T | Buy | 02/08/18 | L | | |
| 341. | | | | | Sold (part) | 04/20/18 | K | | |
| 342. | | | | | Sold (part) | 12/27/18 | J | | |
| 343. US Treasury Note ( | A | Interest | J | T | Buy | 04/24/18 | J | | |
| 344. | | | | | Sold (part) | 12/27/18 | J | A | |
| 345. US Treasury Bond ( | B | Interest | K | T | Buy | 02/08/18 | K | | |
| 346. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 347. | | | | | Sold (part) | 12/27/18 | K | A | |
| 348. US Treasury Bond ( | A | Interest | K | T | Buy | 02/08/18 | K | | |
| 349. | | | | | Sold (part) | 12/27/18 | J | A | |
| 350. US Treasury Inflation Bond ( | A | Interest | | | Buy | 02/08/18 | J | | |
| 351. | | | | | Sold | 04/24/18 | J | | |
| 352. FHLMC G0 8785 04%2047 ( | A | Interest | | | Buy | 09/26/18 | J | | |
| 353. | | | | | Sold | 12/27/18 | J | | |
| 354. FHLMC GO 8741 03%2047 ( | B | Interest | K | T | Buy | 02/12/18 | L | | |
| 355. | | | | | Sold (part) | 12/27/18 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 356. FHLMC G0 8776 04 50%2047 | B | Interest | K | T | Buy | 02/09/18 | K | | |
| 357. | | | | | Sold (part) | 12/27/18 | K | | |
| 358. FNMA PMA3058 04%2047 | A | Interest | | | Buy | 07/19/18 | J | | |
| 359. | | | | | Sold | 12/27/18 | J | | |
| 360. FNMA PMA3210 03 50%2047 | A | Interest | | | Buy | 04/20/18 | K | | |
| 361. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 362. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 363. | | | | | Sold | 12/27/18 | K | | |
| 364. FNMA PMA3238 03 50%2048 | C | Interest | L | T | Buy | 02/09/18 | M | | |
| 365. | | | | | Sold (part) | 12/27/18 | K | | |
| 366. FNMA PMA3239 04%2048 | B | Interest | K | T | Buy | 02/09/18 | L | | |
| 367. | | | | | Sold (part) | 12/27/18 | K | | |
| 368. FNMA PMA3275 03%2048 | A | Interest | | | Buy | 09/26/18 | J | | |
| 369. | | | | | Sold | 12/27/18 | J | | |
| 370. FNMA PMA3444 04 50%2048 | A | Interest | J | T | Buy | 08/23/18 | J | | |
| 371. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 372. | | | | | Buy (add'l) | 10/25/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 374. McDonald's Corp SER MTN 02.750% DEC 09 2020 ( ) | A | Interest | J | T | Buy | 02/08/18 | J | | |
| 375. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 376. | | | | | Sold (part) | 12/27/18 | J | | |
| 377. USD United Mexican SER GMTN 3.500% JAN 21 2021 ( ) | A | Interest | J | T | Buy | 02/08/18 | K | | |
| 378. | | | | | Sold (part) | 12/27/18 | J | | |
| 379. Verizon Communications GLB 05.150% SEP 15 2023 ( ) | B | Interest | J | T | Buy | 02/08/18 | K | | |
| 380. | | | | | Sold (part) | 12/27/18 | J | | |
| 381. BP Capital Markets PLC Company Cuarant GLB ( ) | A | Interest | J | T | Buy | 02/08/18 | K | | |
| 382. | | | | | Sold (part) | 12/27/18 | J | | |
| 383. General Elec Cap Corp 05.875% JAN 14 2038 ( ) | A | Interest | J | T | Buy | 02/27/18 | K | | |
| 384. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 385. | | | | | Sold (part) | 12/27/18 | J | | |
| 386. Enterprise Products Oper Comp Guarnt ( ) | A | Interest | J | T | Buy | 02/08/18 | J | | |
| 387. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 388. | | | | | Sold (part) | 12/27/18 | J | | |
| 389. Microsoft Corp GLB 03.700% AUG 08 2046 ( ) | A | Interest | J | T | Buy | 02/12/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. | | | | | Sold (part) | 12/27/18 | J | | |
| 391. Abbvie Inc (ABBV) | A | Dividend | J | T | Buy | 02/07/18 | K | | |
| 392. | | | | | Sold (part) | 02/23/18 | J | A | |
| 393. | | | | | Sold (part) | 03/19/18 | J | A | |
| 394. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 395. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 396. | | | | | Sold (part) | 12/28/18 | J | | |
| 397. Abbott Labs (ABT) | | None | J | T | Buy | 12/28/18 | J | | |
| 398. AECOM (ACM) | | None | | | Buy | 02/07/18 | J | | |
| 399. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 400. | | | | | Sold | 12/28/18 | J | | |
| 401. AerCap Holdings (AER) | | None | | | Buy | 02/07/18 | J | | |
| 402. | | | | | Sold | 03/12/18 | J | | |
| 403. Air Products & Chem (APD) | | None | J | T | Buy | 12/28/18 | J | | |
| 404. Allergan PLC (AGN) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 405. | | | | | Sold (part) | 12/28/18 | J | | |
| 406. Altria Group (MO) | B | Dividend | K | T | Sold (part) | 01/11/18 | J | B | 42 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 407. | | | | | Sold (part) | 01/12/18 | J | B | |
| 408. | | | | | Sold (part) | 01/16/18 | J | B | |
| 409. | | | | | Sold (part) | 01/17/18 | J | A | |
| 410. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 411. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 412. | | | | | Sold (part) | 05/30/18 | J | A | |
| 413. | | | | | Sold (part) | 12/28/18 | J | | |
| 414. AMC Networks (AMCX) | | None | J | T | Buy | 02/07/18 | J | | |
| 415. Amcor Ltd (AMCRY) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 416. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 417. | | | | | Sold | 12/28/18 | K | | |
| 418. American International Group (AIG) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 419. | | | | | Sold (part) | 08/28/18 | J | | |
| 420. | | | | | Sold | 10/22/18 | J | | |
| 421. Amgen Inc (AMGN) | | None | J | T | Buy | 12/28/18 | J | | |
| 422. Anadarko Pete Corp (APC) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 423. | | | | | Buy (add'l) | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 424. Anheuser Busch Inbev (BUD) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 425. | | | | | Sold | 10/01/18 | J | | |
| 426. Ansell LTD (ANSLY) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 427. | | | | | Sold | 12/28/18 | J | | |
| 428. Anta Sports Prod (ANPDY) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 429. | | | | | Sold (part) | 04/19/18 | J | A | |
| 430. | | | | | Sold | 12/28/18 | J | | |
| 431. Arris Intl Ltd (ARRS) | | None | | | Buy | 02/07/18 | J | | |
| 432. | | | | | Sold (part) | 09/27/18 | J | A | |
| 433. | | | | | Sold | 10/01/18 | J | A | |
| 434. Astrazeneca PLC (AZN) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 435. | | | | | Sold (part) | 10/09/18 | J | A | |
| 436. | | | | | Sold (part) | 11/19/18 | J | A | |
| 437. | | | | | Sold | 12/28/18 | J | | |
| 438. Autodesk Inc (ADSK) | | None | J | T | Buy | 02/07/18 | J | | |
| 439. Automatic Data Processing (ADP) | | None | J | T | Buy | 12/28/18 | J | | |
| 440. BAE Systems PLC (BAESY) | A | Dividend | | | Buy | 10/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 441. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 442. | | | | | Sold | 12/28/18 | J | | |
| 443. Bausch Health Companies (BHC) | | None | | | Buy | 10/01/18 | J | | |
| 444. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 445. | | | | | Sold | 12/28/18 | J | | |
| 446. Berkshire Hath. (BRKB) | | None | | | Buy (add'l) | 01/31/18 | J | | 71 |
| 447. | | | | | Sold | 02/07/18 | K | C | |
| 448. Biogen Inc (BIIB) | | None | J | T | Buy | 02/07/18 | J | | |
| 449. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 450. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 451. British American Tobaco (BTI) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 452. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 453. | | | | | Sold (part) | 05/31/18 | J | | |
| 454. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 455. | | | | | Sold | 12/28/18 | K | | |
| 456. Broadcom Ltd (AVGO) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 457. | | | | | Buy (add'l) | 02/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 56

**Name of Person Reporting**

HODGES, GEORGE R.

**Date of Report**

08/07/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 458. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 459. | | | | | Sold (part) | 09/11/18 | J | | |
| 460. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 461. Block H&R (HRB) | | None | | | Buy | 02/07/18 | J | | |
| 462. | | | | | Sold | 03/05/18 | J | | |
| 463. Caesars Entertainment (CZR) | | None | | | Buy | 02/07/18 | J | | |
| 464. | | | | | Sold (part) | 05/17/18 | J | | |
| 465. | | | | | Sold | 12/28/18 | J | | |
| 466. Chubb Ltd (CB) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 467. | | | | | Sold | 07/31/18 | J | | |
| 468. CA Inc. (CA) | | None | | | Buy (add'l) | 01/31/18 | J | | 76 |
| 469. | | | | | Sold | 02/07/18 | K | A | |
| 470. Carnival Corp. Pr. (CCL) | | None | | | Buy (add'l) | 01/31/18 | J | | 43 |
| 471. | | | | | Sold | 02/07/18 | K | D | |
| 472. Chevron Corp. (CVX) | | None | J | T | Buy (add'l) | 01/31/18 | J | | 44 |
| 473. | | | | | Sold | 02/07/18 | K | B | |
| 474. | | | | | Buy | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 475. Cinn. Fin. Crp. (CINF) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 45 |
| 476. | | | | | Sold | 02/07/18 | K | C | |
| 477. Cisco Sys. Inc. (CSCO) | A | Dividend | K | T | Buy (add'l) | 01/31/18 | J | | 46 |
| 478. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 479. | | | | | Sold (part) | 02/23/18 | J | B | |
| 480. | | | | | Sold (part) | 10/09/18 | J | B | |
| 481. | | | | | Sold (part) | 12/28/18 | J | | |
| 482. Citrix Systems Inc (CTXS) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 483. Coca Cola Com (KO) | B | Dividend | | | Buy (add'l) | 01/31/18 | J | | 47 |
| 484. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 485. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 486. | | | | | Sold (part) | 12/03/18 | J | A | |
| 487. | | | | | Sold | 12/28/18 | K | | |
| 488. Comcast Corp (CMCSA) | A | Dividend | K | T | Buy | 02/07/18 | K | | |
| 489. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 490. | | | | | Sold (part) | 12/28/18 | J | | |
| 491. Commscope Hldg Co (COMM) | | None | | | Buy | 02/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 492. | | | | | Sold (part) | 02/08/18 | J | | |
| 493. | | | | | Sold (part) | 02/16/18 | J | | |
| 494. | | | | | Sold | 02/22/18 | J | A | |
| 495. Covanta Hldg Corp (CVA) | | None | | | Buy | 02/07/18 | J | | |
| 496. | | | | | Sold | 02/26/18 | J | | |
| 497. Cree Inc (CREE) | | None | J | T | Buy | 02/07/18 | J | | |
| 498. Crown Castle REIT (CCI) | | None | J | T | Buy (add'l) | 01/31/18 | J | | 66 |
| 499. | | | | | Sold | 02/07/18 | K | A | |
| 500. | | | | | Buy | 12/28/18 | J | | |
| 501. Crown Holdings (CCK) | | None | | | Buy | 10/22/18 | J | | |
| 502. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 503. | | | | | Sold | 12/28/18 | J | | |
| 504. Delta Air Lines (DAL) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 505. | | | | | Sold | 03/01/18 | J | | |
| 506. Deutsche Post AG (DPSGY) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 507. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 508. | | | | | Buy (add'l) | 09/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 56

Name of Person Reporting

HODGES, GEORGE R.

Date of Report

08/07/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 509. | | | | | Sold | 12/28/18 | K | | |
| 510. Diageo SPSD (DEO) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 72 |
| 511. | | | | | Sold (part) | 02/07/18 | J | B | |
| 512. | | | | | Sold | 12/28/18 | J | | |
| 513. Discovery Communication (DISCA) | | None | J | T | Buy | 02/07/18 | J | | |
| 514. Dolby Laboratories (DLB) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 515. Dominion Energy (D) | | None | | | Buy (add'l) | 01/31/18 | J | | 48 |
| 516. | | | | | Sold | 02/07/18 | J | A | |
| 517. Dowdupont Inc (DWDP) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 518. | | | | | Sold | 03/14/18 | J | | |
| 519. | | | | | Buy | 04/05/18 | J | | |
| 520. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 521. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 522. | | | | | Sold | 12/28/18 | J | | |
| 523. Duke Energy (DUK) | | None | | | Buy (add'l) | 01/31/18 | J | | 51 |
| 524. | | | | | Sold | 02/07/18 | J | A | |
| 525. Eli Lilly (LLY) | | None | J | T | Buy (add'l) | 01/31/18 | J | | 52 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 526. | | | | | Sold | 02/07/18 | K | B | |
| 527. | | | | | Buy | 12/28/18 | J | | |
| 528. EQT Corp (EQT) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 529. | | | | | Sold (part) | 04/05/18 | J | | |
| 530. | | | | | Sold | 10/01/18 | J | | |
| 531. Exxon Mobil Corp (XOM) | | None | J | T | Buy | 12/28/18 | J | | |
| 532. Fluor Corp (FLR) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 533. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 534. Fortune Brands Home and Sec (FBHS) | A | Dividend | | | Buy | 08/28/18 | J | | |
| 535. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 536. | | | | | Sold | 12/28/18 | J | | |
| 537. Freeport McMoran (FCX) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 538. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 539. Gaming and Leisure (GLPI) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 540. | | | | | Sold | 05/08/18 | J | | |
| 541. GCI Liberty Inc (GLIBA) | | None | J | T | Sold (part) | 09/04/18 | J | | |
| 542. | | | | | Sold (part) | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 543. Gen.Electric (GE) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 77 |
| 544. | | | | | Sold | 02/07/18 | J | | |
| 545. General Mills (GIS) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 73 |
| 546. | | | | | Sold | 02/07/18 | K | | |
| 547. Gen. Dynamics (GD) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 53 |
| 548. | | | | | Sold | 02/07/18 | K | D | |
| 549. Genuine Parts Co (GPC) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 550. | | | | | Sold | 12/28/18 | K | | |
| 551. Gildan Activewear (GIL) | A | Dividend | | | Buy | 09/17/18 | J | | |
| 552. | | | | | Sold | 12/28/18 | J | | |
| 553. Gilead Sciences (GVDNY) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 554. | | | | | Sold | 05/04/18 | J | | |
| 555. Givaudan SA (GVDNY) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 556. | | | | | Sold (part) | 05/18/18 | J | | |
| 557. | | | | | Sold (part) | 05/22/18 | J | | |
| 558. | | | | | Sold | 05/24/18 | J | | |
| 559. Glaxosmithkline PLC (GSK) | A | Dividend | | | Buy | 02/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HODGES, GEORGE R. | 08/07/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 560. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 561. | | | | | Sold | 12/28/18 | K | | |
| 562. Hasbro Inc. (HAS) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | 54 |
| 563. | | | | | Sold | 02/07/18 | J | B | |
| 564. | | | | | Buy | 12/28/18 | J | | |
| 565. Heineken NV (HEINY) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 566. | | | | | Sold | 12/28/18 | J | | |
| 567. Home Depot (HD) | | None | J | T | Buy | 12/28/18 | J | | |
| 568. Honeywell Intl (HON) | | None | J | T | Buy | 12/28/18 | J | | |
| 569. HP Inc (HPQ) | | None | J | T | Buy | 12/28/18 | J | | |
| 570. Illinois Tool Works (ITW) | | None | J | T | Buy | 12/28/18 | J | | |
| 571. Intel Corp. (INTC) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 55 |
| 572. | | | | | Sold | 02/07/18 | K | D | |
| 573. Imperial Brands (IMBBY) | B | Dividend | | | Buy | 02/07/18 | K | | |
| 574. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 575. | | | | | Sold (part) | 06/04/18 | J | | |
| 576. | | | | | Buy (add'l) | 08/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. | | | | | Sold | 12/28/18 | K | | |
| 578.  Intl Paper Co (IP) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 579. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 580. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 581. | | | | | Sold | 12/28/18 | J | | |
| 582.  Ionis Pharmaceuticals (IONS) | | None | J | T | Buy | 02/07/18 | J | | |
| 583.  Iqvia Holdings (IQV) | | None | | | Buy | 03/12/18 | J | | |
| 584. | | | | | Sold (part) | 07/19/18 | J | A | |
| 585. | | | | | Sold (part) | 10/04/18 | J | A | |
| 586. | | | | | Sold | 12/28/18 | J | | |
| 587.  Japan Tobacco (JAPAF) | A | Dividend | J | T | Buy | 02/08/18 | K | | |
| 588. | | | | | Sold (part) | 06/05/18 | J | | |
| 589.  Johnson and Johnson (JNJ) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 590. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 591. | | | | | Sold (part) | 09/21/18 | J | A | |
| 592. | | | | | Sold (part) | 12/17/18 | J | | |
| 593. | | | | | Sold (part) | 12/28/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

HODGES, GEORGE R.

08/07/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 594. Johnson Controls (JCI) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 595. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 596. Keysight Technologies (KEYS) | | None | | | Buy | 02/07/18 | J | | |
| 597. | | | | | Sold | 02/22/18 | J | A | |
| 598. Kinder Morgan (KMI) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 599. | | | | | Sold | 02/07/18 | J | | |
| 600. Kone Oyj (KNYJF) | A | Dividend | K | T | Buy | 02/08/18 | K | | |
| 601. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 602. | | | | | Buy (add'l) | 07/18/18 | J | | |
| 603. Koninkl Phil NV (PHG) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 604. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 605. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 606. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 607. | | | | | Sold (part) | 11/05/18 | J | A | |
| 608. | | | | | Sold (part) | 11/09/18 | J | A | |
| 609. | | | | | Sold | 12/28/18 | J | | |
| 610. Lennar Corp (LEN) | | None | | | Buy | 02/07/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 611. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 612. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 613. | | | | | Sold | 12/28/18 | J | | |
| 614. Liberty Interactive Corp QVC (QVCA) | None | | | | Buy | 02/07/18 | J | | |
| 615. | | | | | Merged (with line 720) | 04/10/18 | J | | |
| 616. Liberty Interactive Corp Ser A (LVNTA) | None | | | | Buy | 02/07/18 | J | | |
| 617. | | | | | Merged (with line 541) | 03/12/18 | J | | |
| 618. Liberty Media Corp Formula One (FWONK) | None | | | | Buy | 02/07/18 | J | | |
| 619. | | | | | Sold (part) | 06/28/18 | J | A | |
| 620. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 621. | | | | | Sold | 12/28/18 | J | | |
| 622. Liberty Media Corp Del Sirius XM (LSXMK) | None | J | T | | Buy | 02/07/18 | J | | |
| 623. LKQ Corp (LQK) | None | | | | Buy | 02/07/18 | J | | |
| 624. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 625. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 626. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 627. | | | | | Buy (add'l) | 11/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 628. | | | | | Sold | 12/28/18 | J | | |
| 629. Lockheed Martin (LMT) | | None | J | T | Buy | 12/28/18 | J | | |
| 630. Lowes Cos. (LOW) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 57 |
| 631. | | | | | Sold | 02/07/18 | K | D | |
| 632. Lyondell Basell Ind (LYB) | | None | J | T | Buy | 12/28/18 | J | | |
| 633. L3 Technologies (LLL) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 634. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 635. Macquarie Infrastructure (MIC) | A | Dividend | | | Buy | 02/28/18 | J | | |
| 636. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 637. | | | | | Sold (part) | 08/03/18 | J | A | |
| 638. | | | | | Sold | 08/07/18 | J | A | |
| 639. Marsh & McLennan Cos (MMC) | | None | J | T | Buy | 12/28/18 | J | | |
| 640. Maxim Integrated (MXIM) | | None | J | T | Buy | 12/28/18 | J | | |
| 641. McCormick & Co (MKC) | | None | J | T | Buy | 12/28/18 | J | | |
| 642. McDonalds Corp (MCD) | | None | K | T | Buy | 12/28/18 | K | | |
| 643. Medtronic PLC (MDT) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 644. | | | | | Buy (add'l) | 04/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 645. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 646. | | | | | Sold (part) | 12/28/18 | J | | |
| 647. Merck & Co. (MRK) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 74 |
| 648. | | | | | Sold | 02/07/18 | K | B | |
| 649. Metlife Inc (MET) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 650. | | | | | Sold | 12/28/18 | J | | |
| 651. Microsoft (MSFT) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | 58 |
| 652. | | | | | Sold (part) | 02/07/18 | K | D | |
| 653. | | | | | Sold (part) | 08/31/18 | J | A | |
| 654. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 655. Mondelez Intl (MDLZ) | | None | J | T | Buy | 12/28/18 | J | | |
| 656. National Oilwell Varco (NOV) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 657. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 658. Nestle (NSRGY) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 659. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 660. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 661. | | | | | Sold (part) | 11/30/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 662. | | | | | Sold | 12/28/18 | K | | |
| 663.  Newmarket Corp. (NEU) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 59 |
| 664. | | | | | Sold | 02/07/18 | J | A | |
| 665.  Nextera Energy Inc (NEE) | | None | K | T | Buy | 12/28/18 | K | | |
| 666.  Norfolk So. (NSC) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 78 |
| 667. | | | | | Sold | 02/07/18 | K | D | |
| 668.  Norwegian Cruise Line (NCLH) | | None | | | Buy | 02/07/18 | J | | |
| 669. | | | | | Sold (part) | 10/08/18 | J | | |
| 670. | | | | | Sold | 12/28/18 | J | | |
| 671.  Novartis (NVS) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 672. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 673. | | | | | Sold (part) | 11/12/18 | J | A | |
| 674. | | | | | Sold | 12/28/18 | K | | |
| 675.  Novo Nordisk (NVO) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 676. | | | | | Sold | 12/28/18 | J | | |
| 677.  Now Inc (DNOW) | | None | J | T | Buy | 02/07/18 | J | | |
| 678.  NRG Energy (NRG) | A | Dividend | | | Buy | 02/07/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

HODGES, GEORGE R.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 679. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 680. | | | | | Sold (part) | 10/08/18 | J | A | |
| 681. | | | | | Sold | 12/28/18 | J | | |
| 682. Nuance Comm (NUAN) | | None | J | T | Buy | 02/07/18 | J | | |
| 683. Nucor Corp (NUE) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 684. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 685. nVent Electric (NVT) | A | Dividend | | | Spinoff (from line 695) | 05/03/18 | J | | |
| 686. | | | | | Sold | 09/27/18 | J | A | |
| 687. Packaging Corp America (PKG) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 688. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 689. | | | | | Sold | 12/28/18 | J | | |
| 690. Paychex Inc. (PAYX) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | 60 |
| 691. | | | | | Sold | 02/07/18 | K | C | |
| 692. | | | | | Buy | 07/09/18 | J | | |
| 693. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 694. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 695. Pentair (PNR) | A | Dividend | J | T | Buy | 02/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 696. Pepsico Inc (PEP) | A | Dividend | J | T | Buy | 02/07/18 | K | | |
| 697. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 698. | | | | | Sold (part) | 11/12/18 | J | A | |
| 699. | | | | | Sold (part) | 12/28/18 | J | | |
| 700. Pfizer Inc. (PFE) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | 61 |
| 701. | | | | | Sold (part) | 02/07/18 | J | B | |
| 702. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 703. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 704. | | | | | Sold (part) | 09/21/18 | J | A | |
| 705. | | | | | Sold (part) | 12/28/18 | J | | |
| 706. Philip Morris (PM) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | 49 |
| 707. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 708. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 709. | | | | | Sold (part) | 05/30/18 | J | | |
| 710. | | | | | Sold | 12/28/18 | J | | |
| 711. Phillips 66 (PSX) | | None | J | T | Buy | 12/28/18 | J | | |
| 712. Procter & Gamble (PG) | A | Dividend | | | Buy | 02/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 713. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 714. | | | | | Sold (part) | 09/21/18 | J | A | |
| 715. | | | | | Sold | 12/28/18 | K | | |
| 716.  Qorvo Inc (QRVO) | | None | | | Buy | 02/07/18 | J | | |
| 717. | | | | | Sold (part) | 03/08/18 | J | | |
| 718. | | | | | Sold (part) | 05/29/18 | J | A | |
| 719. | | | | | Sold | 12/28/18 | J | | |
| 720.  Qurate Retail Group QVC (QRTEA) | | None | J | T | Buy (add'l) | 12/28/18 | J | | |
| 721.  Realty Incm Crp Md (O) | | None | J | T | Buy | 12/28/18 | J | | |
| 722.  Relx PLC (RELX) | | None | | | Buy | 11/16/18 | J | | |
| 723. | | | | | Sold | 12/28/18 | J | | |
| 724.  Roche Hldg (RHHBY) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 725. | | | | | Sold | 05/18/18 | J | | |
| 726.  Rogers Comm (RCI) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 727. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 728. | | | | | Sold (part) | 06/01/18 | J | A | |
| 729. | | | | | Sold | 12/28/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT          Name of Person Reporting          Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 730. Royal Caribbean Cruises (RCL) | A | Dividend | | | Buy | 06/14/18 | J | | |
| 731. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 732. | | | | | Sold | 12/28/18 | J | | |
| 733. Sabre Corp (SABR) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 734. | | | | | Sold (part) | 06/13/18 | J | | |
| 735. | | | | | Sold (part) | 06/14/18 | J | A | |
| 736. | | | | | Sold | 12/28/18 | J | | |
| 737. Sanofi ADR (SNY) | B | Dividend | | | Buy | 02/07/18 | K | | |
| 738. | | | | | Sold (part) | 07/17/18 | J | A | |
| 739. | | | | | Sold | 12/28/18 | K | | |
| 740. Sands China Ltd (SCHYY) | | None | | | Buy | 02/07/18 | J | | |
| 741. | | | | | Sold | 04/12/18 | J | A | |
| 742. Schneider Elec Se (SBGSY) | | None | | | Buy | 05/18/18 | J | | |
| 743. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 744. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 745. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 746. | | | | | Sold | 12/28/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

HODGES, GEORGE R.

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 747. Seagate Tech PLC (STX) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 748. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 749. Sempra Energy (SRE) | | None | J | T | Buy | 12/28/18 | J | | |
| 750. SGS SA (SGSOY) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 751. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 752. | | | | | Sold (part) | 07/19/18 | J | | |
| 753. | | | | | Sold | 12/28/18 | J | | |
| 754. Simon Property Group (SPG) | | None | J | T | Buy | 12/28/18 | J | | |
| 755. Snap On Inc (SNA) | | None | | | Buy | 02/07/18 | J | | |
| 756. | | | | | Sold | 02/09/18 | J | | |
| 757. Sonic Healthcare Ltd (SKHHY) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 758. | | | | | Sold | 12/28/18 | J | | |
| 759. Spirit Realty Capital (SRC) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 760. | | | | | Sold (part) | 05/03/18 | J | A | |
| 761. | | | | | Sold | 06/07/18 | J | A | |
| 762. Starbucks Corp (SBUX) | | None | J | T | Buy | 12/28/18 | J | | |
| 763. Target Corp. (TGT) | | None | | | Buy (add'l) | 01/31/18 | J | | 50 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 764. | | | | | Sold | 02/07/18 | K | C | |
| 765. Taiwan S Mfg ADR (TSM) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 766. | | | | | Sold (part) | 09/21/18 | J | A | |
| 767. | | | | | Sold | 12/28/18 | J | | |
| 768. TE Connectivity Ltd (TEL) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 769. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 770. Telus Corp (TU) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 771. | | | | | Buy (add'l) | 03/06/18 | J | | |
| 772. | | | | | Sold | 12/28/18 | K | | |
| 773. Tempur Sealy Intl (TPX) | | None | | | Buy | 02/07/18 | J | | |
| 774. | | | | | Sold (part) | 08/28/18 | J | | |
| 775. | | | | | Sold | 12/28/18 | J | | |
| 776. Texas Instruments (TXN) | | None | K | T | Buy | 11/12/18 | J | | |
| 777. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 778. Twitter Inc (TWTR) | | None | J | T | Buy | 02/07/18 | J | | |
| 779. Ulta Beauty Inc (ULTA) | | None | | | Buy | 02/28/18 | J | | |
| 780. | | | | | Sold (part) | 05/01/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

HODGES, GEORGE R.

08/07/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 781. | | | | | Sold (part) | 05/23/18 | J | A | |
| 782. | | | | | Sold | 07/31/18 | J | A | |
| 783. Unilever NV (UN) | A | Dividend | | | Buy | 02/07/18 | K | | |
| 784. | | | | | Sold (part) | 07/06/18 | J | A | |
| 785. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 786. | | | | | Sold | 12/28/18 | K | | |
| 787. United Parcel Svc (UPS) | A | Dividend | | | Buy | 01/11/18 | J | | |
| 788. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 789. | | | | | Buy (add'l) | 01/16/18 | J | | |
| 790. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 791. | | | | | Buy (add'l) | 01/18/18 | J | | |
| 792. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 793. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 794. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 795. | | | | | Sold (part) | 02/07/18 | J | | |
| 796. | | | | | Sold | 12/28/18 | J | | |
| 797. United Techs Corp (UTX) | A | Dividend | | | Buy | 02/07/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

HODGES, GEORGE R.

08/07/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 798. | | | | | Sold | 12/28/18 | J | | |
| 799. United Health Group (UNH) | A | Dividend | K | T | Buy | 02/07/18 | K | | |
| 800. Valero Energy Corp (VLO) | | None | J | T | Buy | 12/28/18 | J | | |
| 801. Verizon Commun. (VZ) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | 64 |
| 802. | | | | | Sold | 02/07/18 | K | A | |
| 803. | | | | | Buy | 04/18/18 | J | | |
| 804. Vertex Pharm Inc (VRTX) | | None | J | T | Buy | 02/07/18 | J | | |
| 805. VICI Properties Inc (VICI) | A | Dividend | | | Buy | 02/07/18 | J | | |
| 806. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 807. | | | | | Sold (part) | 07/09/18 | J | A | |
| 808. | | | | | Sold (part) | 11/27/18 | J | A | |
| 809. | | | | | Sold | 12/28/18 | J | | |
| 810. Weatherford Intl (WFT) | | None | J | T | Buy | 02/07/18 | J | | |
| 811. WEC Energy Group (WEC) | | None | J | T | Buy | 12/28/18 | J | | |
| 812. Williams Companies (WMB) | | None | J | T | Buy | 12/28/18 | J | | |
| 813. Western Digital (WDC) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 814. | | | | | Buy (add'l) | 08/16/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 815. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 816. Wyndham Destinations (WYND) | A | Dividend | | | Buy | 06/07/18 | J | | |
| 817. | | | | | Sold | 06/15/18 | J | | |
| 818. 3M (MMM) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 819. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 820. | | | | | Sold (part) | 12/28/18 | J | | |
| 821. 58 Com Inc (WUBA) | | None | | | Buy | 06/28/18 | J | | |
| 822. | | | | | Sold | 12/28/18 | J | | |
| 823. Del. Value Fd. (DDVIX) | | None | | | Buy (add'l) | 01/31/18 | L | | 65 |
| 824. | | | | | Sold | 02/07/18 | M | E | |
| 825. Eaton Vance ATL (EISMX) | | None | | | Buy (add'l) | 01/31/18 | L | | 67 |
| 826. | | | | | Sold | 02/07/18 | M | E | |
| 827. Fuller & Thaler Behvrl Sm Cap Eq Fd I (FTHSX) | | None | L | T | Buy | 12/28/18 | L | | |
| 828. iShares Edge MSCI Min Vol EAFE (EFAV) | | None | M | T | Buy | 12/28/18 | M | | |
| 829. iShares Edge MSCI Min Vol Emerg Mkts (EEMV) | | None | L | T | Buy | 12/28/18 | L | | |
| 830. iShares Russell (IWF) | | None | | | Sold | 02/07/18 | M | F | 68 |
| 831. iShares Inc Core MSCI Emerging Mkts ETF (IEMG) | C | Dividend | | | Buy | 02/07/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

HODGES, GEORGE R.                08/07/2019

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 832. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 833. | | | | | Sold | 12/28/18 | M | | |
| 834.  Lord Abbett Short Duration Inc Fd F (LDLFX) | | None | N | T | Buy | 12/28/18 | N | | |
| 835.  MFS Int'l Value (MINIX) | | None | | | Buy (add'l) | 01/31/18 | L | | 69 |
| 836. | | | | | Sold | 02/07/18 | M | E | |
| 837.  Neuberger Berman Intl Eq Fd I (NBIIX) | | None | M | T | Buy | 12/28/18 | M | | |
| 838.  T Rowe Price Emerg Mkts Stock Fd I (PRMSX) | | None | L | T | Buy | 12/28/18 | L | | |
| 839.  Western Asset Bd. (WATFX) | B | Dividend | | | Buy (add'l) | 01/05/18 | J | | 75 |
| 840. | | | | | Buy (add'l) | 01/31/18 | N | | |
| 841. | | | | | Sold | 02/07/18 | O | | |
| 842.  Western Asset Smash Series C Fund (LMLCX) | D | Dividend | L | T | Buy | 02/08/18 | M | | |
| 843. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 844. | | | | | Buy (add'l) | 05/23/18 | K | | |
| 845. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 846. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 847. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 848. | | | | | Buy (add'l) | 12/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | |

HODGES, GEORGE R.

08/07/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 849. | | | | | Sold (part) | 12/27/18 | L | | |
| 850. Western Asset Smash Series M Fund (LMSMX) | D | Dividend | M | T | Buy | 02/08/18 | N | | |
| 851. | | | | | Sold (part) | 11/20/18 | J | | |
| 852. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 853. | | | | | Sold (part) | 12/27/18 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting | Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For ease of future reporting, Part VII of this report has been reorganized by account, in correspondence with related brokerage statements. As a result, more than one entry in Part VII may correspond with a single entry in the prior report. Where necessary for clarity, corresponding line numbers of the prior report are included in Column D(5) for ease of review and/or to account for name or symbol changes. This is not indicative of reportable transactions.

Income is received from several closely held █████ corporations including East Mecklenburg Corp. ("S" corporation), The Mason Wallace Co., LLC, J.M. Wallace Land Co., LLC, and Triangle Properties Associates, LLC, and real property owned in common. This is in the nature of investment income and is reported in Part VII. The corporations buy, sell and own real estate, but the stockholders do not control any of those decisions or assets individuallly.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Trust Accounts #4 and #5 are expanded reporting of the portfolios listed on lines 137 and 86 of the prior report, respectively. This expanded reporting is not indicative of additional transactions; corresponding reportable transactions for this reporting period are included under each header.

Part VII, lines 30-33, 37-40, and 126 (2017): These assets became unreportable during this reporting cycle; there are no corresponding reportable transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 08/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE R. HODGES**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544